| NAME | Anne Diehl |
|---|---|
| EMP. NUM | 0567 |
| BUSINESS | HILLMONT G.I., PC |

| SSN | STATUS | PERIOD BEG. | PERIOD END | HOUR/ SAL | PAYGROUP | PAY RATE | CHK DATE | CHK NUM |
|---|---|---|---|---|---|---|---|---|
| ***-**-5215 | S - 1 | 06/02/2013 | 06/15/2013 | H | Bi-Weekly | 100.00 | 06/20/2013 | 6168 |

| EARNING | UNITS | RATE | CURRENT AMOUNT | YTD UNITS | YTD AMOUNT |
|---|---|---|---|---|---|
| Regular | 38.50 | 100.00 | 3850.00 | 216.50 | 21650.00 |
| TOTALS | 38.50 | | 3850.00 | 216.50 | 21650.00 |

| TAX NAME | CURRENT AMOUNT | YTD | TAXABLE EARNING CUR. | YTD | EXCESS EARNING CUR. | YTD | TRANS. TYPE |
|---|---|---|---|---|---|---|---|
| **EMPLOYEE TAXES** | | | | | | | |
| Federal W/T | 754.36 | 3834.39 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Fica Medicare | 55.83 | 313.94 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Fica Social Security | 238.70 | 1342.30 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Pennsylvania SUI | 2.70 | 15.17 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Pennsylvania W/T | 118.20 | 664.67 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Springfield | 38.50 | 216.50 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| EMPLOYEE TOTAL | 1208.29 | 6386.97 | | | | | |
| **EMPLOYER TAXES** | | | | | | | |
| Fica MC Employer | 55.83 | 313.94 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Fica SS Employer | 238.70 | 1342.30 | 3850.00 | 21650.00 | 0.00 | 0.00 | REAL |
| Futa Employer | 0.00 | 42.00 | 0.00 | 7000.00 | 3850.00 | 14650.00 | REAL |
| Pennsylvania SUI Employer | 0.00 | 532.89 | 0.00 | 8500.00 | 3850.00 | 13150.00 | REAL |
| EMPLOYER TOTAL | 294.53 | 2231.13 | | | | | |
| TAX TOTALS | 1502.82 | 8618.10 | | | | | |

| DEDUCTION NAME | CURRENT AMOUNT | YTD | TRANS. TYPE |
|---|---|---|---|
| DEDUCTION TOTALS | 0.00 | 0.00 | |

| EFT BANK NAME | ACCT. NUMBER | ROUTING NUMBER | AMOUNT |
|---|---|---|---|
| FREEDOM CREDIT UNION | **8304 | *****4751 | 2641.71 |

| GROSS AMOUNT | YTD GROSS AMOUNT | TOTAL EMPLOYEE TAXES | TOTAL DEDUCTIONS | NET AMOUNT | YTD NET AMOUNT | EFT AMOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| 3850.00 | 21650.00 | 1208.29 | | 2641.71 | 15263.03 | 2641.71 | 0.00 |

**WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES**

### HILLMONT G.I., PC
1811 Bethlehem Pike
Suite C-300
Flourtown, PA 19031

THEBANCORP.COM BANK

62-111 / 311

CHECK NO. **6225**

DATE: 07/03/2013
AMOUNT: $ 0.00

**\*\*\* VOID \*\*\***

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

PAY:

To the order of:
Anne Diehl
102 Larchwood Court
Collegeville PA 19426

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

---

**\*\*\*\*\*\* TEAR AT PERFORATION \*\*\*\*\*\***

### HILLMONT G.I., PC

HeartSTONE payroll Powered By Primepoint

| 0567 EMP. NO. | Anne Diehl EMPLOYEE NAME | \*\*\*-\*\*-5215 SOCIAL SECURITY NO. | S - 1 STATUS | 06/16/2013 PERIOD BEG. | 06/29/2013 PERIOD END | 07/03/2013 CHECK DATE | 6225 CHECK NUM |
|---|---|---|---|---|---|---|---|
| **EARNINGS** | **HRS/UNITS** | **CURRENT AMOUNT** | **YEAR TO DATE** | **DEDUCTIONS** | | **CURRENT AMOUNT** | **YEAR TO DATE** |
| Regular | 29.00 | 2900.00 | 24550.00 | Federal W/T | | 509.78 | 4344.15 |
| | | | | Fica Medicare | | 42.05 | 355.99 |
| | | | | Fica Social Security | | 179.80 | 1522.10 |
| | | | | Pennsylvania SUI | | 2.03 | 17.20 |
| | | | | Pennsylvania W/T | | 89.03 | 753.70 |
| | | | | Springfield | | 29.00 | 245.50 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 100.000 | 29.00 | 2900.00 | 851.67 | 2048.33 | 24550.00 | 7238.64 | 17311.36 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| FREEDOM CREDIT UNION | = = 8 3 0 4 | 2048.33 |
| | Totals : | 2048.33 |

| CHECK AMOUNT |
|---|
| 0.00 |

| HILLMONT G.I., PC | | THEBANCORP.COM BANK | 62-111 / 311 | 6278 |
|---|---|---|---|---|
| 1811 Bethlehem Pike<br>Suite C-300<br>Flourtown, PA 19031 | | | | CHECK NO. |
| | | | DATE | AMOUNT |
| | | | 07/18/2013 | $ 0.00 |

PAY:

\*\*\* VOID \*\*\*

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

To the order of:  Anne Diehl
102 Larchwood Court
Collegeville PA 19426



**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

---

**HILLMONT G.I., PC**

\* \* \* \* \* \* TEAR AT PERFORATION \* \* \* \* \* \*

**HeartSTONE payroll**  Powered By Primepoint

| 0567<br>EMP. NO. | Anne Diehl<br>EMPLOYEE NAME | | \*\*\*-\*\*-5215<br>SOCIAL SECURITY NO. | S - 1<br>STATUS | 06/30/2013<br>PERIOD BEG. | 07/13/2013<br>PERIOD END | 07/18/2013<br>CHECK DATE | 6278<br>CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Regular | | 44.50 | 4450.00 | 29000.00 | Federal W/T | | 922.36 | 5266.51 |
| | | | | | Fica Medicare | | 64.53 | 420.52 |
| | | | | | Fica Social Security | | 275.90 | 1798.00 |
| | | | | | Pennsylvania SUI | | 3.12 | 20.32 |
| | | | | | Pennsylvania W/T | | 136.62 | 890.32 |
| | | | | | Springfield | | 44.50 | 290.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS \* | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 100.000 | 44.50 | 4450.00 | 1447.03 | 3002.97 | 29000.00 | 8685.67 | 20314.33 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| FREEDOM CREDIT UNION | = = 8 3 0 4 | 3002.97 |
| | Totals : | 3002.97 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check     \*Includes Non-Taxable Reimbursements     \*\*Does Not Contribute To Net

## HILLMONT G.I., PC
1811 Bethlehem Pike
Suite C-300
Flourtown, PA 19031

THEBANCORP.COM BANK
62-111 / 311

CHECK NO. 6383

DATE: 08/15/2013
AMOUNT: $ 0.00

**\*\*\* VOID \*\*\***

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

PAY:

To the order of:
Anne Diehl
102 Larchwood Court
Collegeville PA 19426



**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM FEATURES
THIS CHECK CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

---

**HILLMONT G.I., PC**  HeartSTONE payroll  Powered By Primepoint

| 0567 EMP. NO. | Anne Diehl EMPLOYEE NAME | | | \*\*\*-\*\*-5215 SOCIAL SECURITY NO. | S-1 STATUS | 07/28/2013 PERIOD BEG. | 08/10/2013 PERIOD END | 08/15/2013 CHECK DATE | 6383 CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Regular | | 19.50 | 1950.00 | 34800.00 | Federal W/T | | 272.26 | | 6293.13 |
| | | | | | Fica Medicare | | 28.28 | | 504.63 |
| | | | | | Fica Social Security | | 120.90 | | 2157.60 |
| | | | | | Pennsylvania SUI | | 1.37 | | 24.39 |
| | | | | | Pennsylvania W/T | | 59.87 | | 1068.39 |
| | | | | | Springfield | | 19.50 | | 348.00 |
| PAY RATE | CUR. UNITS | CUR. EARNINGS \* | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | | YTD DEDUCTIONS | | YTD NET PAY |
| 100.000 | 19.50 | 1950.00 | 502.18 | 1447.82 | 34800.00 | | 10396.14 | | 24403.86 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| FREEDOM CREDIT UNION | ==8304 | 1447.82 |
| | Totals : | 1447.82 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    \*Includes Non-Taxable Reimbursements    \*\*Does Not Contribute To Net